## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILFREDO MELENDEZ, | : | |
| Plaintiff | : | |
| | : | No. 1:16-CV-02354 |
| vs. | : | |
| | : | (Judge Rambo) |
| JACK SOMMERS, et. al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of August, 2017, upon consideration of Defendants' partial motion to dismiss the complaint (Doc. No. 21) and in accordance with the accompanying Memorandum, **IT IS ORDERED** that Defendants' motion is **GRANTED**. Count III against Defendant Hendrix, and Counts V, VI, and VII are hereby **DISMISSED**. Defendants shall answer or otherwise plead to the remainder of the complaint within twenty-one (21) days from the date of this Order.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge