# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILFREDO MELENDEZ, | : | |
| Plaintiff | : | |
| | : | No. 1:16-cv-02354 |
| v. | : | |
| | : | (Judge Rambo) |
| JACK SOMMERS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 8th day of May 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss for lack of prosecution (Doc. No. 39), is **GRANTED**;

2. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge